IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD A. KING, | No. C 05-3666 WHA (PR) |
| Petitioner, | **ORDER STAYING CASE** |
| v. | |
| GEORGE M. GALAZA, Warden, | |
| Respondent. | |

This is a habeas case filed pro se by a state prisoner. The only remaining issue in the case is whether the sentencing court violated *Cunningham v. California*, 127 S. Ct. 856, 871 (2007), in imposing an upper term and consecutive sentences. In the answer respondent argues that the *Cunningham* claim is not exhausted, that it is barred by *Teague v. Lane*, 489 U.S. 288 (1989), and that facts used to impose the upper term fell within the "prior conviction" exception to the *Cunningham* rule that sentencing facts must be found by a jury rather than the court. Respondent recognizes that all these contentions were rejected in *Butler v. Curry*, 528 F.3d 624 (9th Cir. 2008), but has raised them to preserve them.

The mandate has not yet issued in *Butler*, because the Ninth Circuit has stayed issuance of the mandate until at least October 27, 2008, to allow time for the state to decide whether to petition for certiorari. *Butler v. Curry*, No. 07-56204 (Order July 28, 2008). This case therefore will be stayed pending issuance of the mandate in *Butler*, which will simplify ruling on

///

*///*

respondent's contentions.[1] Also, the clerk will be instructed to administratively close the case, a purely statistical matter that has no legal effect.

## CONCLUSION

This case is **STAYED** until November 3, 2008. The clerk shall administratively close the case.

**IT IS SO ORDERED.**

Dated: September   30  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

---

[1] This stay does not fall afoul of *Yong v. INS*, 208 F.3d 1116, 1120-22 (9th Cir. 2000), because the stay will not be indefinite.

2

G:\PRO-SE\WHA\HC.05\KING666.STAY.wpd